**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

AMANDA ZACHMAN, an
individual,
and MV REALTY PBC, LLC, a
Florida
limited liability company,

CASE NO: 2025-CV-80826

        Plaintiffs,

v.

MARKEL AMERICAN
INSURANCE COMPANY,  a
foreign corporation, and
HOUSTON SPECIALTY
INSURANCE COMPANY, a foreign
corporation,

        Defendants.
_____/

HOUSTON SPECIALTY
INSURANCE COMPANY,

          Defendant/Counter-
Plaintiff,

v.

AMANDA ZACHMAN, MV
REALTY PBC, LLC, MV REALTY
HOLDINGS, LLC, ANTONY
MITCHELL, DAVID
MANCHESTER, DAVID REINER,
STEVEN SCOTT, and DARRYL
COOK

        Counter-Defendants.

_____

MARKEL AMERICAN
INSURANCE COMPANY,

          Defendant/Counter-
Plaintiff,

v.

AMANDA ZACHMAN, MV
REALTY PBC, LLC, MV REALTY
HOLDINGS, LLC, ANTONY
MITCHELL, DAVID
MANCHESTER, DAVID REINER,
STEVEN SCOTT, and DARRYL
COOK

          Counter-Defendants.

---

## JOINT STIPULATION OF NO COVERAGE

HOUSTON SPECIALTY INSURANCE COMPANY ("HSIC"), MV REALTY PBC, LLC ("MV PBC"), MV REALTY HOLDINGS, LLC ("MV Holdings"), AMANDA ZACHMAN ("Zachman"), ANTONY MITCHELL ("Mitchell"), DAVID MANCHESTER ("Manchester"), STEVEN SCOTT ("Scott"), DAVID REINER ("Reiner"), and DARRYL COOK ("Cook") (together, "MV REALTY") jointly stipulate as follows:

1.      As part of its operations, MV REALTY offered the "Homeowner Benefit Program," which provided consumers a small upfront cash payment in exchange for entering into a "Homeowner Benefit Agreement," the terms of which required the consumers to agree to utilize MV REALTY as their exclusive real estate listing broker if the consumers decided to sell their home in the subsequent forty (40) years (hereinafter, the "PROGRAM").

2.      In November 29, 2022, the Office of the Attorney General for the State of Florida filed a lawsuit against MV REALTY following the INCIDENT, styled *Office of the Atty. General,*

*State of Florida, Department of Legal Affairs v. MV Realty PBC, LLC, et al.*, Case No. 22-CA-9958 in the Circuit Court of the Thirteenth Judicial Circuit in Hillsborough County, Florida ("Florida Action"). Other states and regulatory authorities subsequently filed suit. Those actions include, but are not limited to, the following:

- *Atty. General of the State of New Jersey v. MV Realty PBC, LLC, et al.*, Case No. ESX-C-000080-23 (Superior Court of Essex County, New Jersey);

- *State of Missouri v. MV Realty PBC, LLC, et al.*, Case No. 24SL-CC01124 (Circuit Court of St. Louis County, Missouri);

- *State of North Carolina v. MV Realty PBC, LLC, et al.*, Case No. 23CV006408-91 (Superior Court of Wake County, North Carolina);

- *State of Minnesota v. MV Realty PBC, LLC, et al.*, Case No. 62-CV-24-5877 (District Court of Ramsey County, Minnesota);

- *Atty. General State of Georgia v. MV Realty PBC, LLC, et al.*, Case No. 24CV001338 (Superior Court of Fulton County, Georgia);

- *Commonwealth of Massachusetts v. MV Realty PBC, LLC, et al.*, Case No. 2284-CV-02823 (Superior Court, Suffolk County, Massachusetts);

- *Commonwealth of Pennsylvania v. MV Realty PBC, LLC, et al.*, Case No. 221201288 (First Judicial District, Philadelphia County, Pennsylvania);

- *Ohio Dept. of Commerce Division of Real Estate and Professional Licensing v. Amanda Zachman, et al.*, Case No. 23-CV-963 (Franklin County, Ohio);

- *Atty. General of Indiana v. MV Realty PBC, LLC, et al.*, Case No. 23-CV-01578 (Southern District of Indiana);

- *People of the State of Illinois v. MV Realty PBC, LLC, et al.*, Case No. 2024-CH-03278 (Cook County, Illinois);

- *People of the State of California v. MV Realty PBC, LLC, et al.*, Case No. 24-CV-001338 (Los Angeles County, California);

- *In the matter of: Darryl Cook*, Dept. of Labor, Licensing and Regulation – Real Estate Commission, Case No. 2022-314 (South Carolina);

- *Civil Investigative Demand re: MV Realty of Virginia, LLC*, CID No. 1 (Richmond, Virginia);

- *Notice of Duty to Answer to MV Realty of Colorado, LLC*, State of Colorado Office of Administrative Courts Colorado Real Estate Commission;

- *In re: Emergency Suspension of the License of Amanda Zachman, MV Realty PBC, LLC, et al.*, *Amended Order*; Case Nos,: 2024-057587, 2024-065591, 2024-057581, 2024-065646, 2024-065653, 2024-065710 (State of Florida Department of Business and Professional Regulation).

3. The Florida Action, along with the other underlying actions identified above, and all other actions currently unknown to HSIC, or all future actions, arising out of or related to the PROGRAM or the INCIDENT, including any proceedings to suspend real estate licenses issued to MV REALTY, shall collectively be referred to as the "UNDERLYING ACTIONS."

4. HSIC issued consecutive Miscellaneous Errors and Omissions Liability Insurance Policies to MV PBC: Policy No. MEO-HS-0001883-00, effective from 08/14/2021 to 08/14/2022; and Policy No. MEO-HS-0001883-01, effective from 08/14/2022 to 08/14/2023 (collectively, the "POLICIES").

5. A dispute arose between the PARTIES regarding whether HSIC owed a duty to defend and indemnify for the UNDERLYING ACTIONS under the POLICIES ("COVERAGE DISPUTE").

6. On June 30, 2025, Zachman initiated this lawsuit against HSIC regarding the COVERAGE DISPUTE.

7. MV Realty hereby stipulates that it is not entitled to coverage under the POLICIES for the UNDERLYING ACTIONS.

8. MV Realty hereby stipulates that HSIC owes no duty to defend MV Realty or any other insured under the POLICIES against the UNDERLYING ACTIONS.

9. MV Realty hereby stipulates that HSIC owes no duty to indemnify MV Realty or any other insured under the POLICIES against the UNDERLYING ACTIONS.

Dated: July 10, 2026                                    Respectfully submitted,

| **AXS LAW GROUP, PLLC**<br>*Attorneys for Plaintiffs/Counter-Defendants*<br>*MV Realty PBC, LLC, MV Realty Holdings, LLC,*<br>*Amanda Zachman, Antony Mitchell, David*<br>*Manchester, Steven Scott, David Reiner, and*<br>*Darryl Cook*<br>2121 NW 2nd Ave, Suite 201<br>Wynwood, Florida 33127<br>Telephone: (305) 297-1878<br>By: */s/ Jeffrey W. Gutchess*<br>Jeffrey W. Gutchess<br>Fla. Bar No. 702641<br>jeff@axslawgroup.com<br>eservice@axslawgroup.com | **KENNEDYS CMK LLP**<br>*Attorneys for Defendant/Counter-Plaintiff*<br>*Houston Specialty Insurance Company*<br>1111 Brickell Avenue, Suite 1300<br>Miami, Florida 33131<br>Telephone: (305) 371-1111<br><br><br>By:*/s/ Junaid Savani*<br>Junaid N. Savani<br>Florida Bar No.: 88816<br>junaid.savani@kennedyslaw.com<br>Iliriana Fteja<br>Florida Bar No. 1039423<br>iliriana.fteja@kennedyslaw.com |
| --- | --- |

## CERTIFICATE OF SERVICE

I CERTIFY that on July 10, 2026, this document was electronically filed via the Court's CM/ECF system, which will send a notice of filing to all counsel of record.

/s/ *Junaid N. Savani*
**JUNAID N. SAVANI**