**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

AMANDA ZACHMAN, an individual,
and MV REALTY PBC, LLC, a Florida
limited liability company,                                Case No.: 2025-CV-80826-DMM

        Plaintiffs,

v.

MARKEL AMERICAN INSURANCE
COMPANY, a foreign corporation, and
HOUSTON SPECIALTY INSURANCE
COMPANY, a foreign corporation,

        Defendants.

_____/

MARKEL AMERICAN INSURANCE
COMPANY and HOUSTON SPECIALTY
INSURANCE COMPANY,

        Counter-Plaintiffs,

v.

AMANDA ZACHMAN, MV REALTY PBC,
LLC, MV REALTY HOLDINGS, LLC,
ANTONY MITCHELL, DAVID
MANCHESTER, DAVID REINER, STEVEN
SCOTT, and DARRYL COOK,

        Counter- and Third-Party Defendants.

_____/

**PLAINTIFFS' AND COUNTER-DEFENDANTS' NOTICE OF STRIKING TO**
**CORRECT FILING ERROR**

Plaintiffs and Counter-Defendants, AMANDA ZACHMAN, MV REALTY PBC, LLC,

MV REALTY HOLDINGS, LLC, ANTONY MITCHELL, DAVID MANCHESTER, DAVID

REINER, STEVEN SCOTT, AND DARRYL COOK (collectively, "Plaintiffs"), by and through their undersigned counsel, file this Notice of Striking their MOTION to Compel Testimony (DE 146) to correct a filing error and refile the identical document as a NOTICE to Join to Defendants' Motion to Compel (DE 145).

Respectfully Submitted,

**AXS LAW GROUP, PLLC**
2121 NW 2nd Ave, Suite 201
Miami, Florida 33127
Telephone: (305) 297-1878

By: */s/ Jeffrey W. Gutchess*
Jeffrey W. Gutchess, Esq.
Florida Bar No. 702641
jeff@axslawgroup.com
eservice@axslawgroup.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July 2026, a true and correct copy of the foregoing was served on all counsel of record.

*/s/ Jeffrey W. Gutchess*
Jeffrey W. Gutchess, Esq.