**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

AMANDA ZACHMAN, an individual,
and MV REALTY PBC, LLC, a Florida
limited liability company,                    CASE NO: 2025-CV-80826

        Plaintiffs,

v.

MARKEL AMERICAN INSURANCE
COMPANY,  a foreign corporation, and
HOUSTON SPECIALTY INSURANCE
COMPANY, a foreign corporation,

        Defendants.

_____/

HOUSTON SPECIALTY INSURANCE
COMPANY,

        Defendant/Counter-Plaintiff,

v.

AMANDA ZACHMAN, MV REALTY
PBC, LLC, MV REALTY HOLDINGS,
LLC, ANTONY MITCHELL, DAVID
MANCHESTER, DAVID REINER,
STEVEN SCOTT, and DARRYL COOK

        Counter-Defendants.

_____

MARKEL AMERICAN INSURANCE
COMPANY,

                Defendant/Counter-Plaintiff,

v.

AMANDA ZACHMAN, MV REALTY
PBC, LLC, MV REALTY HOLDINGS,
LLC, ANTONY MITCHELL, DAVID
MANCHESTER, DAVID REINER,
STEVEN SCOTT, and DARRYL COOK

                Counter-Defendants.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS INVOLVING HOUSTON SPECIALITY INSURANCE COMPANY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs/Counter-Defendants MV REALTY PBC LLC, MV REALTY HOLDINGS LLC, AMANDA ZACHMAN, ANTONY MITCHELL, DAVID MANCHESTER, STEVEN SCOTT, DAVID REINER and DARRYL COOK (together, "MV REALTY"), and Defendant/Counter-Plaintiff HOUSTON SPECIALTY INSURANCE COMPANY ("HSIC"), hereby submit this Joint Stipulation for:

- Dismissal of Zachman and MV PBC's action against HSIC (ECF No. 42) with Prejudice and with each side bearing their own attorneys' fees and costs; and

- Dismissal of HSIC's Counterclaims against MV REALTY (ECF No. 49) with Prejudice and with each side bearing their own attorneys' fees and costs.

Dated: July 16, 2026                Respectfully submitted,

| **AXS LAW GROUP, PLLC** | **KENNEDYS CMK LLP** |
|---|---|
| *Attorneys for Plaintiffs/Counter-Defendants* | *Attorneys for Defendant/Counter-Plaintiff* |
| *MV Realty PBC, LLC, MV Realty Holdings, LLC,* | *Houston Specialty Insurance Company* |
| *Amanda Zachman, Antony Mitchell, David* | 1111 Brickell Avenue, Suite 1300 |
| *Manchester, Steven Scott, David Reiner, and* | Miami, Florida 33131 |
| *Darryl Cook* | Telephone: (305) 371-1111 |

| | |
|---|---|
| 2121 NW 2nd Ave, Suite 201<br>Wynwood, Florida 33127<br>Telephone: (305) 297-1878<br>By: */s/ Jeffrey Gutchess*<br>Jeffrey W. Gutchess<br>Fla. Bar No. 702641<br>jeff@axslawgroup.com<br>eservice@axslawgroup.com | By:*/s/ Junaid Savani*<br>Junaid N. Savani<br>Florida Bar No.: 88816<br>junaid.savani@kennedyslaw.com<br>Iliriana Fteja<br>Florida Bar No. 1039423<br>iliriana.fteja@kennedyslaw.com |

## CERTIFICATE OF SERVICE

I CERTIFY that on July 16, 2026, this document was electronically filed via the Court's CM/ECF system, which will send a notice of filing to all counsel of record.

*/s/ Junaid N. Savani*
**JUNAID N. SAVANI**