**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-CV-80826-MIDDLEBROOKS

AMANDA ZACHMAN, an individual,
and MV REALTY PBC, LLC, a Florida
limited liability company,

Plaintiffs,

v.

MARKEL AMERICAN INSURANCE
COMPANY, et al.,

Defendants.
______________________________________/

MARKEL AMERICAN INSURANCE
COMPANY, et al.,

*Defendants/Counter-Plaintiffs*,

v.

AMANDA ZACHMAN, MV REALTY PBC, LLC,
ANTONY MITCHELL, DAVID MANCHESTER,
DAVID REINER, STEVEN SCOTT, and
DARRYL COOK,

*Plaintiffs/Counter-Defendants*.
______________________________________/

## FINAL JUDGMENT

THIS CAUSE is before the Court pursuant to this Court's previous Order on Cross Motions for Summary Judgment. (DE 188). Final judgment is entered pursuant to Federal Rule of Civil Procedure 58, as set forth below.

It is hereby **ORDERED and ADJUDGED** that:

1. Final Judgment is hereby entered in favor of Defendant/Counter-Plaintiff Markel American Insurance Company and against Plaintiffs/Counter-Defendants.

2. The Clerk of Court shall **CLOSE THIS CASE.**

3. All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 3 day of September, 2026.

Donald M. Middlebrooks
United States District Judge

cc.

Counsel of Record