**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 2025-CV-80826-DMM**

AMANDA ZACHMAN, an individual,
and MV REALTY PBC, LLC, a Florida
limited liability company,

Plaintiffs,

v.

MARKEL AMERICAN INSURANCE
COMPANY, a foreign corporation, and
HOUSTON SPECIALTY INSURANCE
COMPANY, a foreign corporation,

Defendants.
_____________________________________/

MARKEL AMERICAN INSURANCE
COMPANY, et al.,

Counter-Plaintiffs,

v.

AMANDA ZACHMAN, MV REALTY PBC,
LLC, MV REALTY HOLDINGS, LLC,
ANTONY MITCHELL, DAVID MANCHESTER,
DAVID REINER, STEVEN SCOTT, and
DARRYL COOK,

Counter- and Third-Party Defendants.
_____________________________________/

**NOTICE OF APPEAL**

NOTICE IS GIVEN that Plaintiffs, AMANDA ZACHMAN and MV REALTY PBC, LLC, and Counter and Third-Party Defendants, AMANDA ZACHMAN, MV REALTY PBC, LLC, MV REALTY HOLDINGS, LLC, ANTONY MITCHELL, DAVID MANCHESTER, DAVID REINER, STEVEN SCOTT, and DARRYL COOK, by and through the undersigned counsel, appeal to the United States Court of Appeals for the

Eleventh Circuit from the Final Judgment (D.E. 190), entered pursuant to an Order on Cross Motions for Summary Judgment (D.E. 188), on September 3, 2026. The nature of the order is a final, appealable order and the appellate court has jurisdiction pursuant to 28 U.S.C. § 1291.

Date: September 16, 2026

Respectfully submitted,

**AXS LAW GROUP, PLLC**
3050 Biscayne Blvd., Suite 505
Miami, Florida 33137
Telephone: (305) 297-1878

By: *<u>/s/ Jack Flagg</u>*
Jack Flagg, Esq.
Fla. Bar No. 1053709
jack@axslawgroup.com
eservice@axslawgroup.com
*Counsel for Plaintiffs & Counter and Third-Party Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on September 16, 2026, a true and correct copy of the foregoing was served on all counsel of record via the CM-ECF.

By: *<u>/s/ Jack Flagg</u>*
Jack Flagg, Esq.